METROPOLITAN CASUALTY INSURANCE COMPANY OF
NEW YORK *v.* THE W. Q. O'NEAL COMPANY.

[No. 13,988. Filed December 30, 1930. Rehearing denied
December 16, 1932. Transfer denied March 14, 1933.]

*James W. Noel, Hubert Hickam, Alan W. Boyd,* and *Robert D.
Armstrong,* for appellant.

*W. J. Sprow,* for appellee.

REMY, J.—Affirmed on authority of *Million* v. *Metropolitan
Casualty Co.* (1930), 95 Ind. App. 628, 172 N. E. 569.

THE METROPOLITAN CASUALTY INSURANCE COMPANY,
INC. *v.* W. Q. O'NEAL COMPANY.

CURTIS, C. J.—Petition for rehearing denied.

LEE ET AL. *v.* SQUIRE.

[No. 14,628. Filed October 6, 1932. Rehearing denied
December 16, 1932. Transfer denied March 29, 1933.]

*F. A. Seal, Alvin Padgett,* and *Arthur Rogers,* for appellants.

*Charles D. Gardiner* and *Frank Gilkison,* for appellee.

PER CURIAM—This appeal from the judgment of the Daviess
Circuit Court involves the same question and the controlling facts
herein are the same as those disclosed in *Lester Lee et al.* v. *Ray
Browning, ante* 282, heretofore decided by this court.

On authority of that case the judgment herein is reversed for
the reason that the finding of the court is contrary to law and
the Daviess Circuit Court is directed to enter judgment for .this
appellant.